UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JULIA A. EVANS and                                                                                       PLAINTIFFS
JOHNNY EVANS

V.                                                                   CIVIL ACTION NO. 2:05CV2123 LTS-JMR

AMERICAN GENERAL FINANCE, INC., ET AL.                                              DEFENDANTS

## ORDER OF DISMISSAL

Upon the motion of the plaintiff to dismiss this case with prejudice, it is

**ORDERED**

That the plaintiff's motion to dismiss [9] is hereby **GRANTED**; and

That this case is hereby finally **DISMISSED** with prejudice.

**SO ORDERED** this 2nd day of February, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge