UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| **JULIA A. EVANS and** | **PLAINTIFFS** |
| **JOHNNY EVANS** | |
| | |
| **V.** | **CIVIL ACTION NO. 2:05CV2123 LTS-JMR** |
| | |
| **AMERICAN GENERAL FINANCE, INC., ET AL.** | **DEFENDANTS** |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

Upon due consideration of the unopposed motion of the plaintiffs to dismiss their claims against the defendants with prejudice, it is

**ORDERED**

That the plaintiffs' unopposed motion to dismiss their claims is hereby **GRANTED**;

That the plaintiffs' claims are hereby **DISMISSED** with prejudice; and

That this case shall remain on the Court's active docket pending resolution of the defendants' counterclaims.

**SO ORDERED** this 8th day of February, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge